IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                               )
The Washington Center for Peace and  )
Justice, Inc.                                    )
                                               )
        Plaintiff,                          )
                                               )
        v.                                 )        Civil Case No.1:08-cv-00498 (JR)
                                             )
United States Department of State, et al.  )
                                             )
        Defendants.                     )
_____)

## MOTION TO DISMISS

NOW COMES PLAINTIFF, The Washington Center for Peace and Justice, Inc., by and through counsel and moves this Honorable Court to dismiss the complaint and in support thereof states as follows:

1. The complaint was filed on March 19, 2008.

2. Subsequently, consular officials of the American Embassy in Kingston, Jamaica arranged to visit the minor son of the Defendants Michael and Miriam Hersh, who was being held against his will in the behavior modification camp known as Tranquility Bay, to determine his welfare and well being.

3. At the same time, a group of concerned individuals including a noted child psychologist, a paramedic and two clergymen flew to Jamaica in the hope of securing permission to see the Hersh's son themselves and if possible, to provide him with aid and comfort.

4. The consular officials conducted a welfare visit on March 27, 2008, and brought the Hersh's son to the American Embassy for an interview.

5. The Hersh's son confirmed that he was in fact repeatedly and systemically abused while he was detained in Tranquility Bay. He also reported widespread systemic abuse of other minor children being held in Tranquility Bay.

6. Notwithstanding the reported abuse, the Hersh's initially refused to allow their son to return to the United States and ordered that he be sent back to Tranquility Bay.

7. The Jamaican authorities were called by unknown persons and for a period of time the individuals who flew to Jamaica were barred from leaving the country.

8. After a period of time, Defendants Michael and Miriam Hersh relented and allowed their son to return to the United States with his rescuers.

9. In a dramatic fashion, akin to the Passover Exodus, after enduring 289 days of constant fear, abuse and confinement, the Hersh's son was taken from bondage to freedom, and in the early morning hours on March 28, 2007, he arrived safely in the United States.

10. Accordingly, this case is effectively moot.

WHEREFORE, solely by virtue of the fact that the claim is effectively moot, Plaintiff moves this Court to GRANT its Motion to Dismiss the case.

Respectfully Submitted,

 _/s/ *Joshua M. Ambush*_____
Joshua M. Ambush, Esquire
Bar No:  MD27025
Law Offices of Joshua M. Ambush, LLC
Hilton Plaza
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
Phone:  410-484-2070
Fax:  410-484-9330

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Washington Center for Peace and Justice, Inc. | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No.1:08-cv-00498 (JR) ) ) |
| United States Department of State, et al. | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Plaintiff The Washington Center for Peace and Justice, Inc., moved the Court to dismiss the complaint. Upon Consideration of the papers and arguments and for good cause shown, it is hereby:

ORDERED that the Plaintiff's Motion to dismiss is hereby GRANTED.

SIGNED thus _____ day of _____, 2008.


_____
Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Washington Center for Peace and Justice, Inc. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Case No.1:08-cv-00498 (JR)<br>) |
| United States Department of State, et. al | )<br>) |
| Defendants | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion to Dismiss was served, via electronic case filing and/or via first class mail, upon Defendants United States Department of State, 2201 C Street NW, Washington, DC 20520; Michael Hersh, 1014 East 10th Street, Brooklyn, NY 11230; Miriam Hersh, 1014 East 10th Street, Brooklyn, NY 11230, this 8th day of April, 2008.

*/s/ Joshua M. Ambush*
_____
Joshua M. Ambush, Esquire
Bar No:  MD27025
Law Offices of Joshua M. Ambush, LLC
Hilton Plaza
1726 Reisterstown Road, Suite 206
Baltimore, Maryland 21208
Phone:  410-484-2070
Fax:  410-484-9330